6575

VAN METRE v. CITY OF COLUMBIA.

Ruled *by the preceding case of Mayrant v. City of Columbia.*

Same Judge and same counsel.

July 4, 1907.   The opinion of the Court was delivered by

Mr. Chief Justice Pope. This case was heard with the case of *Mayrant v. City of Columbia, ante,* and, although

the facts are not identical, yet the questions of law raised are the same. The Circuit Judge overruled a demurrer to the complaint on the ground that it did not state facts sufficient to constitute a cause of action, and the defendant appealed. For the reasons stated in the case above referred to the decision must be sustained.

It is the judgment of this Court, that the judgment of the Circuit Court be affirmed.